IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ISADORIS GREEN,

                    Plaintiff,                                    OPINION and ORDER

    v.

NICHOLAS ALEXANDER,                                              25-cv-203-jdp

                    Defendant.

---

Plaintiff Isadoris Green, proceeding without counsel, alleges that, almost ten years ago, the Douglas County sheriff struck him with a squad car because of Green's race and because of false charges brought against him. *See* Dkt. 1, at 2. I screened Green's complaint, concluded that it didn't plausibly state any claim for relief, and gave Green until January 17, 2026, to file an amended complaint. Dkt. 9, at 3. That deadline has passed, and Green hasn't filed an amended complaint or any other response to my order, so I will dismiss this case.

ORDER

IT IS ORDERED that: this case is DISMISSED for plaintiff Isadoris Green's failure to state a claim upon which relief may be granted.

Entered March 23, 2026.

                         BY THE COURT:

                         /s/

                         _____
                         JAMES D. PETERSON
                         District Judge